I. Tanenbaum Son & Co., Respondent, v. C. Ludwig Baumann & Co., Brooklyn, Sued Herein as C. Ludwig Baumann & Co., Appellant.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J.,. Merrell, McAvoy, Sherman and Townley, JJ.